United States District Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISMAEL MARTINEZ, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-22-697 |
| § | |
| HONEYWELL INTERNATIONAL, INC., § *et al.*, § § | |
| Defendants. § § | |

**TRANSFER ORDER**

For the reasons provided in its memorandum and order dated January 25, 2023, the court transfers this case to the Abilene Division of the Northern District of Texas for further proceedings.

SIGNED on January 25, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge